GARRETT T. OGATA, ESQ.
Nevada Bar Number 7469
Law Offices of Garrett T. Ogata
3841 W. Charleston Blvd., Suite 205
Las Vegas, Nevada 89102
Phone: (702) 366-0891
Fax: (702) 947-6590
Email: court@gtogata.com
Attorney for Defendant

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 30 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>JUAN VILLA,<br>　　　　Defendant | Case No.: 2:17-mj-00878-VCF<br><br>~~STIPULATION TO CONTINUE~~<br><br>ORDER |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the Defendant, JUAN VILLA, by and through his Attorney of record, GARRETT T. OGATA, ESQ. and the Plaintiff, UNITED STATES OF AMERICA, by and through, UNITED STATES ATTORNEY that the STATUS CONFERENCE currently set for the 18th day of September, 2018, at 1:30 p.m., be continued for one (1) week or to a date convenient to the Court. The Defendant will be out of the Jurisdiction for employment purposes.

DATED this ___ day of August, 2018

Respectfully Submitted by:

/s/ Garrett T. Ogata
GARRETT T. OGATA, ESQ.          TONY LOPEZ, ESQ.
Attorney for Defendant          Assistant United States Attorney

1  GARRETT T. OGATA, ESQ.
   Nevada Bar Number 7469
2  Law Offices of Garrett T. Ogata
3  3841 W. Charleston Blvd., Suite 205
   Las Vegas, Nevada 89102
4  Phone: (702) 366-0891
   Fax: (702) 947-6590
5  Email: court@gtogata.com
6  Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUAN VILLA, ) <br> Defendant ) | Case No.: 2:17-mj-00878-VCF <br><br> **ORDER GRANTING CONTINUANCE** |

Based upon the stipulation of the parties herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the STATUS CONFERENCE in the above-entitled matter be, and the same is hereby continued from the 18th day of September, 2018, at 1:30 p.m., to the 23rd day of October, 2018, at 1:30 am/(pm.) Courtroom 3D

DATED this 30th day of August, 2018

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE